IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

KERRY R. HOLDEN,                    )
                                   )
                Plaintiff,          )
                                   )
v.                                  )          No. CIV-07-1164-L
                                   )
MICHAEL J. ASTRUE,                  )
Commissioner, Social Security       )
Administration,                     )
                                   )
                Defendant.          )

# O R D E R

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of

the final decision of the Commissioner of the Social Security Administration denying

her application for disability insurance benefits under Title II of the Social Security

Act.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable

Robert E. Bacharach for initial decision.  On July 16, 2008, Judge Bacharach issued

a Report and Recommendation recommending that the Commissioner's decision be

reversed and that this matter be remanded for further proceedings.

The court file reflects no party objected to the Report and Recommendation

within the time limits prescribed.  Having conducted a de novo review of this matter,

the court finds that the Report and Recommendation should be adopted in its

entirety.  The decision of the Commissioner is therefore REVERSED.  This matter

is REMANDED to the Commissioner for further proceedings.  Judgment will issue

accordingly.

It is so ordered this 11th day of August, 2008.

_Tim Leonard_
TIM LEONARD
United States District Judge